■ LESLIE ANN BRODY, Respondent, v PROPARK AMERICA, Appellant, and CITY OF NEW YORK et al., Respondents. [50 NYS3d 275]—Order, Supreme Court, New York County (James E. d'Auguste, J.), entered December 1, 2005, which denied defendant Propark America's motion for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

Propark's motion for summary judgment was untimely, and Propark failed to offer "good cause," or any explanation at all, for the delay in making it (*see* CPLR 3212 [a]; *Brill v City of New York*, 2 NY3d 648, 652 [2004]).

Propark's argument that the court erred in granting defendant City's motion for summary judgment is not properly before

this Court since Propark did not take an appeal from the order that granted the City's motion. Concur—Acosta, J.P., Richter, Andrias, Kahn and Gesmer, JJ.